UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-1430 JAM DAD |
| Plaintiff, | |
| v. | ORDER |
| ISADORE B. FANG, et al., | |
| Defendants. | |

On September 18, 2015, this matter came before the undersigned for hearing of plaintiff's motion for sanctions. Attorney Amanda Lockhart appeared on behalf of the plaintiff. No appearance was made by counsel on behalf of the defendants.[1]

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that[2]:

1. Counsel for defendants shall appear and show cause on **Thursday, September 24, 2015, at 9:30 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in

---

[1] Defendants' counsel did not file an opposition or statement of non-opposition to plaintiff's motion.

[2] Defendant's counsel was served with the minute order/order to show cause on September 18, 2015, immediately following the hearing at which he failed to appear. This written order is being issued only out of an abundance of caution and to make absolutely clear the court's intention should defense counsel fail to appear at the order to show cause hearing.

1

Courtroom No. 27, before the undersigned as to why the sanctions sought by plaintiff's motion should not be imposed and why monetary sanctions should not be imposed against defendants' counsel.

2. Each party <u>is required to appear</u> at the September 24, 2015 hearing. Any party may appear at the September 24, 2015 hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 24 hours before the hearing; a land line telephone number must be provided.

3. Defendants are cautioned that the failure to appear at the September 24, 2015 hearing will result in the granting of the sanctions sought by plaintiff.

Dated: September 22, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\johnson1430.oah.091815.docx